AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2024 MAR 12 PM 12: 45

OFFICE OF THE CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>DYLAN MCKEOWN<br><br>*Defendant(s)* | )<br>)<br>) Case No. 8:24MJ98<br>)<br>) **SEALED**<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __02/26/2024__ in the county of __Douglas__ in the _____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | On or about February 26, 2024, in the District of Nebraska, DYLAN MCKEOWN, defendant herein, did knowingly escape from the custody of the Attorney General and his authorized representative, and from any institution or facility in which he is confined by direction of the Attorney General, and from any custody under or by virtue of any process issued under the laws of the United States by any court, judge, and magistrate judge, which custody was by virtue of a conviction dated on or about ~~June 8~~ July 29, 2022, in the United States Court for the District of Nebraska for the offense of Prohibited Person in Possession of a Firearm, a violation of 18 U.S.C. § 922(g)(1) and 924(a)(2). |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Rocky Scott*
Complainant's signature

ROCKY F. SCOTT, Deputy U.S. Marshal
Printed name and title

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 3/8/2024

Judge's signature

City and state: Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DYLAN MCKEOWN,<br><br>  Defendant. | 8:24MJ98<br><br>**SEALED** |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
### FOR THE ARREST OF Dylan McKeown

I, Rocky F. Scott, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a Criminal Complaint authorizing the arrest of Dylan MCKEOWN (DOB 02/11/1995), SS# 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, Fid No. 11253776, USMS# 51163-509.

2. I am a Deputy United States Marshal with the United States Department of Justice United States Marshals Service and have been so employed since December 4, 2022. I am currently assigned to the Metro Fugitive Task Force. In this capacity, I routinely investigate, locate, and apprehend state/local/federal fugitives within the District of Nebraska.

3. As a result of my training and experience, I am familiar with the process in which a defendant shall remain in a designated Bureau of Prisons (BOP) facility.

4. I have investigated this matter and believe the following to be true and accurate.

5. This affidavit is intended to show there is sufficient probable cause for the issuance of an Arrest Warrant for Dylan McKeown. I do not include every fact known to me, but only those which I believe are sufficient to show probable cause.

## **PROBABLE CAUSE**

6. Dylan McKeown was designated by the Bureau of Prisons for placement at DISMAS Charities (Omaha, NE). He arrived at the RRC on December 13, 2023, from FCI Pekin. He has a projected release date of September 5, 2024, via GCT release.

7. On February 17, 2024, Dylan McKeown was given a 5-hour pass from 3:12 p.m to 8:12 p.m. to apply for jobs in the surrounding area. Dylan McKeown returned later than allowed at 8:27 p.m. Dismas Charities opened an investigation spanning from February 20 to 25, 2024. During this investigation Dylan McKeown was questioned about the incident.

8. Dylan McKeown left DISMAS charities on February 26, 2024 at approximately 03:51 a.m. and has not returned.

9. On or about February 26, 2024, in the District of Nebraska, Dylan McKeown, defendant herein, did knowingly escape from the custody of the Attorney General and his authorized representative, and from any institution or facility in which he is confined by direction of the Attorney General, and from any custody under or by virtue of any process issued under the laws of the United States by any court, judge, and magistrate judge, which custody was by virtue of a conviction dated on or about July 29, 2022, to Forty-Two (42) months in the United States Court for the District of Nebraska by Chief Judge Rossiter; for the offense of 18:922(g)(1) and 924(a)(2) FELON IN POSSESSION OF FIREARM.

10. Based on the information set forth, the United States Marshals Service respectfully requests an Arrest Warrant be issued for Dylan McKeown

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*Rocky Scott*
_____
Rocky F. Scott
United States Marshals Service

Subscribed and sworn to before me by telephone or other reliable electronic means this 8th day of March, 2024.

_____
MICHAEL D. NELSON
United States Magistrate Judge

3